STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN A. KAUFMAN, DEFENDANT-PETITIONER.

See same case below: 31 *N. J. Super.* 225.

*Miss Lillian Clawans* for the petitioner.

October 25, 1954.   Granted.